UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

TO:   All Attorneys of Record in Cases Assigned to the Docket of Judge Sam R. Cummings, United States District Judge, Northern District of Texas

## MODIFICATION OF STANDING ORDER[1] DESIGNATING CASE FOR ENROLLMENT IN THE ELECTRONIC CASE FILES "ECF" SYSTEM

The Court's Standing Order of January 3, 2006, is hereby **MODIFIED** to permit counsel of record to file documents electronically if they have registered as an ECF User or to file paper documents, as they choose.

SO ORDERED this 22nd day of March, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT

---

[1] The clerk shall enter this Amended Standing Order in each case in which the Court's Standing Order of January 3, 2006, has been entered.