IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JOHN SPIEGELBERG, d/b/a | ) | |
| RED RAIDER OUTFITTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER J. TOELLE, d/b/a | ) | |
| RAIDERLAND BOOKSTORE, | ) | |
| | ) | Civil Action No. 5:05-CV-130-C |
| Defendant. | ) | ECF |

**ORDER GRANTING VOLUNTARY DISMISSAL**

The parties have informed this Court that they have amicably settled this action by agreement executed on April 5, 2006, wherein each side bears its own attorney fees and all costs related to this action, both pre-filing and post-filing, and forever waive the right to recovery for the same. Accordingly, this Court grants the parties' joint request by joint stipulation for a voluntary dismissal of this action under Federal Rule of Civil Procedure 41(a)(ii).

SO ORDERED this 9th day of May, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT